# Exhibit A to the Complaint

**Location:** Matthews, NC  
**Total Works Infringed:** 53  
**IP Address:** 173.92.211.68  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash:<br>622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 05-05-2023<br>20:06:24 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 2 | Info Hash: E50929D22CCBD019AB36E313D665610D3D65F687<br>File Hash:<br>E9470E8FBA99640C20A805C68A557184BD5EE05A063EE4A10F43EC32B0A8BDE1 | 05-05-2023<br>20:01:59 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 3 | Info Hash: 6E87B814706368545A7A63DE5F99272C4CD302DF<br>File Hash:<br>F33593A2104E6A752BCA10AE83E95E022C915B2ADE112D98536FCC3C571DCE5C | 04-25-2023<br>12:24:27 | Vixen | 02-08-2020 | 03-18-2020 | PA0002241445 |
| 4 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash:<br>E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 04-19-2023<br>21:05:14 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 5 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 04-18-2023<br>23:30:47 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 6 | Info Hash: 6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash:<br>661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 03-31-2023<br>22:32:54 | Vixen | 06-03-2018 | 07-09-2018 | PA0002109331 |
| 7 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash:<br>2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 02-23-2023<br>02:49:14 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 8 | Info Hash: 55C907CA49DB8C7D4C33933D3FD47E9896848AB8<br>File Hash:<br>57CEB08061E7896D812C3BDAEC0B4FEA63D0AC23E8A342DFA53F1B1EDD7BF73F | 02-23-2023<br>02:31:35 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 9 | Info Hash: 90C1E568E46A9C702F08741491C0D83BD9DD0EC6<br>File Hash:<br>71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 12-23-2022<br>23:18:50 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 10 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash:<br>BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 12-22-2022<br>07:12:58 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 11 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash:<br>EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12-21-2022<br>23:11:47 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5F0372B41E2AD15F99086A30E38CB264A463F85A<br>File Hash:<br>F7C06A04893216B81CC9ABC3CFAA99D78B368BB4E1C90AD6E901E2939277C854 | 10-31-2022 20:58:19 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 13 | Info Hash: 0D5FB0229BB896030F25C3B8B468E2B54000B9E1<br>File Hash:<br>5370BB0032AFF40ECC6A812861A978958082995CBC2C328FB544CD49890BA25B | 10-04-2022 22:20:04 | Vixen | 11-25-2018 | 01-22-2019 | PA0002149840 |
| 14 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash:<br>55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 10-01-2022 06:26:09 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 15 | Info Hash: 1A7246D672BF75E1B54BD209E1A045C1537C3382<br>File Hash:<br>CDCF5E58B50B8E4B1CEDBEDF1D3C4025C2120BDF5107AF1E45ED0BDEAC00FB1D | 10-01-2022 02:06:44 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 16 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash:<br>14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 09-30-2022 16:25:44 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 17 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash:<br>13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 09-30-2022 08:08:13 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 18 | Info Hash: 73AE32099EBCDFF152626E1D575C026CF59135DC<br>File Hash:<br>33E9C45701015E4B864D2C4DD6D818BF2A8742FB4F11412D73F3F44F5F73D2E0 | 09-29-2022 14:15:20 | Vixen | 07-18-2019 | 09-10-2019 | PA0002199410 |
| 19 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 09-27-2022 04:25:42 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 20 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash:<br>08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 09-26-2022 20:28:43 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 21 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash:<br>68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 09-26-2022 20:15:39 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 22 | Info Hash: 530E54D481D7BE087FF8875651364C015974E71E<br>File Hash:<br>6B9EDD5DB8EB2BE6EAA1D783754749032761DBC7DE9ABF885612AE938923270D | 09-19-2022 20:18:13 | Tushy | 04-26-2017 | 06-15-2017 | PA0002037565 |
| 23 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash:<br>6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 09-18-2022 19:44:25 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 09-18-2022 19:42:49 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 25 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash: 8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 09-18-2022 19:39:58 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 26 | Info Hash: 65A0D2D0B9BD9351FC9D7BE5BFA53F9FD4B3D1B4<br>File Hash: 7D6F2477756F504E1ED8DBC7F6A43EC54347DD51854283EC7BC94F8149A6EDCE | 09-18-2022 19:36:33 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 27 | Info Hash: B4A963875B8F63EEFB739E00A7EE7D864B9C1493<br>File Hash: 7A8B6EC17E28B5D746DA7A9FBE250FBDF19C66208B629A74D4C9B4DB746BC690 | 09-18-2022 19:35:30 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 28 | Info Hash: 2BCD90F48818B595E9AE9FA30D84A41A925C8CB8<br>File Hash: 3EB0BCD81FB77FD0F45D2DD9D525E08BC5EC1FB781CB62A21BD70DEB22C39350 | 09-17-2022 14:09:05 | Vixen | 08-17-2019 | 09-10-2019 | PA0002199413 |
| 29 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 09-15-2022 00:09:01 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 30 | Info Hash: 04CF2901CDAEEDC6B4D011B0B8C3E65A18762337<br>File Hash: 0AB77A3F0D46748F548CAE0998134F33480F2CDD519953D87B5BC127610AF68E | 09-14-2022 23:56:23 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 31 | Info Hash: D71122412282C0C91E3B596E16BA20CB45EA76A0<br>File Hash: 72A39B0E55E8088067CB89FD3A2622952A727EEB16BFAC7EDDDBDA21FDA7908E | 09-14-2022 23:51:04 | Vixen | 04-24-2020 | 05-05-2020 | PA0002249029 |
| 32 | Info Hash: C66CB7D5D924FC8D5C68C719745BB62596B66AFD<br>File Hash: 031ACED7B2C24AB488358162A8C9D1CB410F3313AFF7A11A596876477EFD2BB9 | 09-14-2022 23:50:14 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 33 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 09-14-2022 23:50:14 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 34 | Info Hash: FF92E1D8F2B4F2CC8ACD8C21D74F62A04F00A17B<br>File Hash: 0D420108AD7AE6702EC9DBCF9EB494A38E1F42FC5CB9E93AC3C552F1B46FF93E | 09-14-2022 23:49:41 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |
| 35 | Info Hash: F6CE08796E7200EA0845FF9313369CF337C207BF<br>File Hash: 80D1AB32037DC972993DC1D67A3951382310EECA7BBD9430350DB3E17A8B8DC3 | 09-14-2022 23:48:55 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash:<br>77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-14-2022 23:48:54 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 37 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash:<br>CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-14-2022 23:48:14 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 38 | Info Hash: CF88AC6404124CC2E13774DCEC7BC19F136D3EFE<br>File Hash:<br>87B0E1803C67AA67AD0509161A13663D0C6B79B966268130DF29E29E11E34E64 | 09-14-2022 23:45:01 | Vixen | 07-28-2017 | 08-10-2017 | PA0002046871 |
| 39 | Info Hash: B9266888029C4F2FE729EC54F40765EDAC6C4DAB<br>File Hash:<br>282F3F5D9968D6022DDD104342B0B66AD1EA8172BDDA0F468BBEC21F2EE966BB | 09-14-2022 23:44:26 | Vixen | 11-15-2017 | 12-04-2017 | PA0002098032 |
| 40 | Info Hash: 00783959987FB8DB89EF83A65108801CE87E72DE<br>File Hash:<br>E85980CA85AD8EDAA171D8682A1F5D353E18F525631C246FCAF60067AD8BF4D4 | 09-14-2022 23:40:17 | Vixen | 08-02-2019 | 08-22-2019 | PA0002195510 |
| 41 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash:<br>A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 09-14-2022 20:45:37 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 42 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-14-2022 19:59:13 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 43 | Info Hash: 4B748C4CCA41D08C71EA157D0882DE909135FA46<br>File Hash:<br>80CB60DBD749B5F9DA57BBC02A0B5BA203E1E45EE6BEDB57BC0EBBDAEA800FF3 | 09-11-2022 23:38:17 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 44 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash:<br>B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 09-11-2022 23:34:57 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 45 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash:<br>C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 09-11-2022 23:20:50 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 46 | Info Hash: C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C<br>File Hash:<br>66B69E56D99068B2608C9506A71488DFF634122025E5C9C9DB6DEBEC490EA63F | 09-11-2022 23:20:18 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 47 | Info Hash: 8F914AD5D985A4614B945A9CBAEA70996038A99E<br>File Hash:<br>499AAECDDEB0EF38775D6585DDFB835C753A3B942C24192C172D512837C47F65 | 09-11-2022 22:18:36 | Vixen | 07-03-2018 | 07-26-2018 | PA0002112153 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash:<br>64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 09-11-2022 22:17:41 | Vixen | 04-29-2018 | 06-19-2018 | PA0002126677 |
| 49 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash:<br>1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 09-11-2022 22:11:40 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 50 | Info Hash: 0326E8923C58852725F5A7857833A4CD3E715289<br>File Hash:<br>EB3C80E13EB9DFE3FF4EEDC727D7A5EB870F02C07E13BE27431FE9073FFD975A | 09-11-2022 19:32:19 | Tushy | 05-06-2017 | 06-16-2017 | PA0002069288 |
| 51 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash:<br>8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-11-2022 19:24:31 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 52 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash:<br>35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 09-11-2022 18:51:19 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 53 | Info Hash: 29130B960BB428F5974534842026BE29B91A07B1<br>File Hash:<br>5C1F3E6C14913CE175062611F2B092C20291A5F267A30F048ED3EE8533523F71 | 09-10-2022 21:47:13 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |