| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC _____ | ) )<br>) |
| Plaintiff(s), | ) |
| v.<br> JOHN DOE subscriber assigned IP<br> address 173.92.211.68<br>_____ | ) ) ) ) |
| Defendant(s). | ) |

### DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

Strike 3 Holdings, LLC _____ who is Plaintiff _____
*(Name of Party)*                        *(Plaintiff / Defendant/Movant/Intervenor)*
makes the following disclosure:

1.  Is the party a publicly held corporation or other publicly-held entity?
    ☐ Yes        ☒ No

2.  Does the party have any parent corporations?
    ☒ Yes        ☐ No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

    General Media Systems, LLC

3.  Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
    ☐ Yes        ☒ No

    If yes, identify all such owners:

4.  Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
    ☐ Yes        ☒ No

    If yes, identify the entity and the nature of its interest:


5.  Is the party a trade association?
    ☐ Yes        ☒ No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:


6.  If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:




s/ Inez de Ondarza Simmons                    5/23/2023
Signature of Attorney                          Date